# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DRUSILLA MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT FOR ) <br> NASHVILLE AND DAVIDSON COUNTY, ) <br> TENNESSEE, ) <br> ) <br> Defendant. ) | Civil No. 3:15-cv-01044 <br> Judge Trauger |

## ORDER

On April 27, 2017, the magistrate judge issued a Report and Recommendation (DE #43), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Take a Voluntary Dismissal Without Prejudice (Docket No. 33) is GRANTED, and this case is DISMISSED without prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 16th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge